UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-11931-GAO

WILLIAM ROBINSON,
Petitioner,

v.

MCI CEDAR JUNCTION,
Respondent.

OPINION AND ORDER
September 3, 2013

O'TOOLE, D.J.

For the reasons set forth in the respondent's supporting memorandum, the motion to dismiss is GRANTED. A federal habeas court may not review purely state law determinations, such as the computation of jail credits for state prisoners. See Estelle v. McGuire, 502 U.S. 62, 67-68 (1991); Kater v. Maloney, 459 F.3d 56, 61 (1st Cir. 2006); Travis v. Lockhart, 925 F.2d 1095, 1097 (8th Cir. 1991). Moreover, it appears from the record that the petitioner has not exhausted available state court remedies, which is a prerequisite to a federal habeas petition. See 28 U.S.C. § 2254(b), (c). The petition is DISMISSED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge